

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 3:20cr120 |
| | ) | |
| v. | ) | 18 U.S.C. § 39A |
| | ) | Aiming a Laser Pointer |
| AMANDA ROBINSON, | ) | at an Aircraft |
| | ) | (Count One) |
| | ) | |
| Defendant. | ) | Forfeiture Notice |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(Aiming a Laser Pointer at an Aircraft)

On or about June 4, 2020, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, AMANDA ROBINSON, knowingly aimed the beam of a laser pointer at an aircraft, namely a 2006 Cessna, Model 182T, tail number N60430, and at the flight path of said aircraft, in the special aircraft jurisdiction of the United States.

(In violation of Title 18, United States Code, Section 39A)

 G. ZACHARY TERWILLIGER
 UNITED STATES ATTORNEY

By: _____
 Erik S. Siebert
 Assistant United States Attorney