CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: _Novak_    DOCKET NO. _3:20CR120(DJN)_

REPORTER: _Tracy Stroh, OCR_    DATE: _11-23-2020_

UNITED STATES OF AMERICA                    COUNSEL

1. _Amanda Robinson_          1. _Jeffrey L. Everhart_

2. _____    2. _____

3. _____    3. _____

4. _____    4. _____

APPEARANCES:    GOVERNMENT _Erik S. Siebert_ ( ✓ )
DEFENDANT WITH COUNSEL ( ✓ )    DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT    ( )    WAIVER OF APPEARANCE FILED ( )

BAIL STATUS:    DEFENDANT ON BOND ( ✓ )    DEFENDANT INCARCERATED ( )    BOND NOT SET ( )

TYPE OF    ARRAIGNMENT ( )    REARRAIGNMENT/GUILTY PLEA ( ✓ )    MOTIONS ( )
PROCEEDINGS:    OTHER: _____ ( )

PRELIMINARY    WAIVER OF INDICTMENT EXECUTED, FILED ( ✓ )
PROCEEDINGS:    CRIMINAL INFORMATION FILED ( )
OTHER: _____ ( )

ARRAIGNMENT PROCEEDINGS: _Criminal Information_

| | DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |

GUILTY PLEA    DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) _____ ( )
PROCEEDINGS:    DEFENDANT REARRAIGNED ON COUNT(S) _1_____ ( ✓ )
PLEA BARGAIN AGREEMENT FILED ( ✓ )
STATEMENT OF FACTS FILED ( ✓ )    USED AS SUMMARY ( ✓ )
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) _1_____ ( ✓ )
COURT ACCEPTED PLEA ( ✓ )    GOVERNMENT SUMMARIZED EVIDENCE ( ✓ )
JUDGMENT: DEFENDANT GUILTY AS CHARGED IN COUNT(S) _1_____ ( ✓ )
PRESENTENCE REPORT ORDERED ( ✓ )    P.S.I. WAIVED ( )
SENTENCING GUIDELINE ORDER ENTERED ( ✓ )

BOND HEARING    DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )
PROCEEDINGS:    BOND SET AT $_____ WITH SURETY ( )
DEFENDANT CONTINUED ON PRESENT BOND ( ✓ )    DEFT REMANDED ( )
GOVERNMENT'S MOTION FOR BENCH WARRANT TO ISSUE IN THE AMOUNT OF
$_____ WITH SURETY HEARD ( )    GRANTED ( )
BENCH WARRANT TO ISSUE ( )    MOTION DENIED ( )

OTHER PROCEEDINGS:    ( ) Government motion to unseal Indictment; granted.
( ) Motions to be filed within 11 days; Responses due 11 days thereafter.
( ) Agreed Discovery Order presented; entered by Court.

CASE CONTINUED TO: _March 23_, 20_21_ AT _2:00_ P.M. FOR _Sentencing_

CASE SET: _2:45_    BEGAN: _2:45_    ENDED: _3:15_    TIME IN COURT: _30_